UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SOUTHERN NEW JERSEY BUILDING LABORERS DISTRICT COUNCIL,**<br><br>　　　　Petitioner,<br><br>　v.<br><br>**FAMA CONSTRUCTION,**<br><br>　　　　Respondent. | 04-CV-3377 (WJM)<br><br>**ORDER** |

　　　　Petitioner having filed a motion to confirm an arbitration award; the Court having granted Petitioner's motion; the Court having accordingly entered judgment in favor of Petitioner and against Respondent; the Court's jurisdiction over the matter thus having terminated with the exception of any ancillary jurisdiction necessary to give effect to its earlier orders; Petitioner and Respondent having subsequently entered into a settlement agreement purporting to substitute certain contractual obligations in lieu of this Court's judgment; Petitioner now moving to enforce this settlement; enforcement of the settlement agreement not being necessary to give effect to this Court's earlier orders; the Court thus lacking subject-matter jurisdiction to enforce the settlement agreement; and good cause appearing;

　　　　**IT IS** on this 8th day of July 2008, hereby

　　　　**ORDERED** that Petitioner's motion to enforce the settlement agreement is **DENIED**.

　　　　　　　　　　　　　　　　　　　　　　　　s/ William J. Martini
　　　　　　　　　　　　　　　　　　　　　　　　**WILLIAM J. MARTINI, U.S.D.J.**